No. 94–8698. MCDONALD *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–8705. DOUGLASS *v.* ESTATE OF DOUGLASS. Sup. Ct. Tex. Certiorari denied.

No. 94–8709. GILLIAM *v.* COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8712. MARTIN *v.* PETERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8714. MERIWETHER *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–8720. SULLIVAN *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8723. STEWART *v.* MURPHY ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8725. BRANNON *v.* LAMAINA; and HINTE *v.* SHUPE. Sup. Ct. Del. Certiorari denied.

No. 94–8733. VINSON *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–8734. WATSON *v.* MONROE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8738. KIRKPATRICK *v.* CANDEE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8740. THOMAS, AKA THOMPSON *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–8742. ABDUL-ALIM *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8747. PATE *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.